FILED BY [signature] D.C.
OCT 15 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARKEITH YARBOUGH, : Complaint For Violation of Civil Rights

Plaintiff :

vs. : Case No.: ________

BROWARD SHERIFF OFFICE, :
FRANK SANCHEZ, JERRY
MEALER, :

Defendant(s) et al. :

I, Markeith Yarbough, plaintiff, in the above styled cause, sue defendant(s): Broward Sheriff Officer, Officer Frank Sanchez, Officer Jerry Mealer

This action is filed under (U.S.C. 42 § 1983, and the Eight and Fourteenth Amendments of the United States Constitution)

I. Previous Lawsuits

A. Have you begun other lawsuits in State of Federal court dealing with the same Facts involved in this action or otherwise relating to your imprisonment?

Yes ( ) No (✓)

II. Place of present confinement: North Broward Bureau.

A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

B. Did you present the Facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( ).

C. IF yes:

1. What steps did you take? I Filed two grievances.

2. What was the result? Still pending.

III. Parties

A. Name of plaintiff Markeith Yarbough.

Address North Broward Bureau, P.O. Box 407037, Ft. Lauderdale, Fl. 33340.

B. Defendant Det. Frank Sanchez id # (7897).
Is employed as Police office
at Broward SheriFF Office.

C. Additional
Defendant; Officer Jerry Megler id # (10343),
is employed as Police officer.
at Broward SheriFF Office.

IV. Statement of Claim

Count 1. The defendant's conducted a undercover buy walk operation in a manner that deprived the plaintiFF of his liberty without due process of law in violation of the Fourteenth Amendment of the Constitution of the United States.

Claim. The defendants, Broward sheriFF Office, Det. Frank Sanchez, and Jerry Megler, acting under color of law, custom or policy conducted four (4) undercover buy walk operations (1) on Aug. 30, 2017 at the Emerald Pub, 5650 Stirling Rd., Hollywood, Florida, the Det. Frank Sanchez purchased 1 gram of cocaine in exchange for $100, (2) on Aug. 31, 2017, the same defendants acting under color of law, custom or policy conducted another buy walk operation with the same plaintiFF at 2520 Stirling Rd., Hollywood, Florida for the purchare

of 1.2 grams of heroin for $250, no arrest again. (3) on Sept. 19, 2017, the same defendants acting under color of law, custom or policy conducted another buy walk operation with the same plaintiff at 2134 Washington St., Hollywood, Florida for the purchase of 10 grams of heroin for $640, no arrest again. (4) on Oct. 12, 2017, the same defendants acting under color of law, custom or policy conducted another buy walk operation with the same plaintiff at 1001 W. Oakland Park Blvd., Oakland Park, Florida for the purchase of 21 grams of heroin for $2,250. After this transaction, the plaintiff was arrested. It is the custom or policy of the defendant Broward Sheriff Office, acting under color of law, thru its agents Frank Sanchez and Jerry Mealer to engage in police conduct that expose the plaintiff to sentence manipulation, when the defendants could have arrested the plaintiff after the first sell, but the defendant's continued to arrange additional undercover buys for express and sole purpose of increasing plaintiff's sentencing exposure. The defendant's have acted in a manner so fundamentally unfair as to deny the plaintiff due process of law. The supervisor knew that the subordinates would act unlawfully and failed to stop them from doing so.

Count 2. The defendants Broward Sheriff Office, Frank Sanchez and Jerry Mealer acted in a manner that there police conduct violated the plaintiff's Eight Amendment right to excessive bail.

Claim. The defendant's Broward Sheriff Office; Frank Sanchez and Jerry Mealer, acting under color of law, custom or policy arrested the plaintiff on Oct, 12, 2017, charging him with one count of sell of cocaine, one count of sell of heroin, two counts of trafficking in heroin with the express and sole purpose of violating his eight Amendment right to free from excessive bail. Their is a history of widespread Abuse which puts the supervisor on notice of the need to correct the deprivation and he fails to do so. The supervisor's "custom or policy ... result(s) in deliberate indifference to the plaintiff's constitutional rights, and the plaintiff's $330,000 bond support an inference that the supervisor knew that the subordinates would act unlawfully, and failed to stop them from doing so, As a result of the plaintiff's being detained on excessive bail for nearly two years, he learned just yesterday that his son was killed, had he not been exposed to the excessive bail, there is a great chance that his role as a father in his son's life could have prevented his death. Id. His charges underscores the reality of the black experience in America. No amount of money can bring a man's child back to life, he was dead on arrival.

V. Relief

Plaintiff seeks what amounts to compensatory damages. [Id.]. Specifically, damages for pain, suffering, and mental anguish. [Id.]. He also requests a trial by jury.

Signed this 9th day of October, 2019

Markeith Yarbough
North Broward Bureau
P.O. Box 407037
Ft. Lauderdale, Fl. 33340

Markeith Yarbough
Signature of plaintiff

VERIFICATION

State of Florida )
County of Broward )

Duly sworn, under oath, says: that he is the plaintiff in this action and knows the content of the above complaint; that it is true of his own knowledge, except as to those matters that are stated in it on his information and belief, and as to those matters he believes to be true.

Markeith Yarbough
signature of affiant-plaintiff

MarKeith Yarbough
North Broward Bureau
P.O. Box 407037
Ft. Lauderdale, Fl. 33340
Jail No. 501704018

MIAMI FL 331
11 OCT 2019 PM 5 L




United States Courthouse
299 East Broward Blvd., Room 108
Ft. Lauderdale, Fl. 33301

33301-192233